**Exhibit A**

Table of Last-Observed Infringements by Defendants of New Sensations Inc's Copyright in the Motion Picture "Seinfeld #2 A XXX Parody," Copyright Reg. No. PA0001703737

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.219.20 | 2012-02-09 19:22:30 -0500 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 2 | 108.20.28.120 | 2012-02-14 15:01:16 -0500 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 3 | 108.49.108.179 | 2012-03-18 16:14:16 -0400 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 4 | 108.49.124.24 | 2012-01-31 03:12:08 -0500 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 5 | 173.48.29.179 | 2012-02-27 09:21:41 -0500 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 6 | 173.76.101.217 | 2012-03-15 18:52:24 -0400 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 7 | 174.63.120.50 | 2012-02-27 23:14:05 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 8 | 24.183.185.153 | 2012-01-31 01:29:47 -0500 | CHARTER COMMUNICATIONS | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 9 | 24.218.142.85 | 2012-02-25 17:22:38 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 10 | 24.218.249.88 | 2012-02-04 15:17:48 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 11 | 24.34.246.178 | 2012-01-30 22:51:10 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 12 | 24.60.97.18 | 2012-02-27 00:59:40 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 13 | 24.61.42.143 | 2012-03-03 16:44:47 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 14 | 24.63.227.194 | 2012-02-25 17:22:38 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 15 | 24.91.75.4 | 2012-02-02 05:24:01 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 16 | 24.91.90.206 | 2012-01-31 14:46:22 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 17 | 50.133.250.242 | 2012-02-06 22:13:56 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 18 | 50.138.132.184 | 2012-01-28 00:59:50 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 19 | 65.96.156.66 | 2012-02-13 01:33:06 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 20 | 65.96.96.87 | 2012-02-06 05:09:04 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 21 | 65.96.97.72 | 2012-02-12 04:14:41 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 22 | 66.189.79.88 | 2012-01-29 21:08:47 -0500 | CHARTER COMMUNICATIONS | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 23 | 66.30.91.65 | 2012-02-02 12:44:03 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 24 | 66.31.45.37 | 2012-02-02 05:24:01 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 25 | 67.186.133.199 | 2012-01-31 15:06:03 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 26 | 67.189.216.51 | 2012-02-28 23:04:23 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 27 | 68.191.79.140 | 2012-02-05 15:17:58 -0500 | CHARTER COMMUNICATIONS | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |

| Doe 28 | 71.232.17.169 | 2012-01-29 15:53:05 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 29 | 74.104.144.85 | 2012-03-25 23:48:23 -0400 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 30 | 74.104.149.79 | 2012-03-08 19:33:18 -0500 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 31 | 74.70.217.125 | 2012-03-11 22:45:11 -0400 | Road Runner | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 32 | 74.76.20.208 | 2012-02-01 23:19:43 -0500 | Road Runner | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 33 | 76.118.234.233 | 2012-01-31 14:27:30 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 34 | 76.119.74.118 | 2012-02-18 05:14:20 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 35 | 76.127.223.108 | 2012-02-24 10:14:57 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 36 | 76.19.218.66 | 2012-02-23 16:07:46 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 37 | 76.19.25.196 | 2012-02-17 08:49:10 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 38 | 76.19.79.212 | 2012-02-05 21:01:06 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 39 | 96.237.157.91 | 2012-02-27 00:47:13 -0500 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 40 | 96.252.97.191 | 2012-02-16 21:12:22 -0500 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 41 | 98.118.85.106 | 2012-02-26 06:31:21 -0500 | Verizon Internet Services | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 42 | 98.216.178.12 | 2012-02-04 13:09:51 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 43 | 98.216.228.36 | 2012-03-26 11:13:09 -0400 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 44 | 98.216.51.93 | 2012-02-01 07:11:37 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 45 | 98.217.52.173 | 2012-02-25 23:20:10 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |
| Doe 46 | 98.229.212.38 | 2012-02-12 16:14:57 -0500 | Comcast Cable | BitTorrent | cf985f3eba448a044a643dca6d48cee084fe8691 |