AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts ▼

| | |
|---|---|
| NEW SENSATIONS, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 12-CV-10803 |
| DOES 1-46 ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Doe 42 identified by IP Address 98.216.178.12

Date:   07/11/2012                                       /s/ Justin C. Mikowski
                                                            *Attorney's signature*

                                                    Justin C. Mikowski BBO# 678595
                                                     *Printed name and bar number*
                                                              60 State Street
                                                                Suite 700
                                                           Boston, MA 02109

                                                                *Address*

                                                    Justin@MLAttorneysatLaw.com
                                                             *E-mail address*

                                                              (617) 651-1150
                                                            *Telephone number*

                                                              (617) 300-8940
                                                               *FAX number*

## CERTIFICATE OF SERVICE

I, Justin C. Mikowski, hereby certify that on July 11, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail and/or facsimile to those indicated as nonregistered participants.

                                            Respectfully Submitted,

                                            /s/ Justin C. Mikowski
                                            Justin C. Mikowski