# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| New Sensations, Inc.<br><br>        Plaintiff,<br><br>vs.<br><br>John Does 1-46<br><br>        Defendants. | Docket No. 1:12-cv-10803-DPW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Marc J. Randazza, BBO # 651477, as counsel for Defendant John Doe 13 in the above-captioned action. Further pleadings should be served upon:

    Marc J. Randazza, BBO #651477
    mjr@randazza.com
    Randazza Legal Group
    6525 W. Warms Springs Road, Suite 100
    Las Vegas, NV 89118
    Telephone:    (888) 667-1113
    Fax:    (305) 437-7662

                DEFENDANT JOHN DOE 13
                By their attorney,

Dated: August 15, 2012

                Marc J. Randazza, BBO #651477

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                _____
                Laura M. Tucker
                Law Clerk, Randazza Legal Group