

| Justin C. Mikowski, Esq. | **MIKOWSKI & LEONARD, LLC** | Ryan C. Leonard, Esq. |
| justin@mlattorneysatlaw.com | ATTORNEYS at LAW | ryan@mlattorneysatlaw.com |
| Cell: 857-445-5755 | | Cell: 617-599-9212 |

August 16, 2012

Hon. Judge Douglas P. Woodlock
United States District Court

  Re: *New Sensations, Inc. v. Does 1-46* 1:12-cv-10803-DPW

Dear Judge Woodlock:

  I represent Doe #42 in the above titled case. I attach for the court's review a decision that was issued Friday, August 10, 2012 by Chief Magistrate Leo Sorokin in Boston Federal Court that addresses the identical issues raised in the parties' motions.

  I am submitting this document via the electronic filing system by which it shall be served on all appearing parties in this action.

Sincerely,

Justin C. Mikowski, Esq.
BBO # 678595