# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NEW SENSATIONS, INC.,** *Plaintiff,* v. **DOES 1 – 46**, *Defendants.* | CIVIL ACTION No.: 1:12-cv-10803 **Dismissal with Prejudice of Specific Doe(s)** |

Plaintiff reached settlements with the respective Doe Defendants listed in the following table:

| Doe Number | IP Address | Time Stamp (EST) |
|---|---|---|
| Doe 2 | 108.20.28.120 | 2012-02-14 15:01:16 -0500 |
| Doe 25 | 67.186.133.199 | 2012-01-31 15:06:03 -0500 |
| Doe 28 | 71.232.17.169 | 2012-01-29 15:53:05 -0500 |
| Doe 36 | 76.19.218.66 | 2012-02-23 16:07:46 -0500 |

Plaintiff dismisses *with* prejudice each of the specific Defendants listed above from the above-identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted on August 25, 2012,

                                            FOR THE PLAINTIFF:

                                            */s/ Marvin Cable*
                                            Marvin Cable, Esq.
                                            BBO#:  680968
                                            LAW OFFICES OF MARVIN CABLE
                                            P.O. Box 1630
                                            Northampton, MA 01061
                                            P: (413) 268-6500
                                            F: (413) 268-6500
                                            E: law@marvincable.com

## CERTIFICATE OF SERVICE

     I hereby certify that on August 25, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

                                            */s/ Marvin Cable*
                                            Marvin Cable, Esq.