UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NEW SENSATIONS, INC.**

*Plaintiff,*

v.

**DOES 1 – 46,**

*Defendants.*

*Case No.*: **1:12-cv-10803**

### NOTICE OF DIMISSALS

Plaintiff hereby notifies the Court of dismissals, pursuant to Fed. R. Civ. P. 41(a)(1)(A), *with* prejudice to each of the specific Does: 2, 3, 14, 25, 26, 28, 34, 36, and 37.

Plaintiff hereby notifies the Court of dismissals, pursuant to Fed. R. Civ. P. 41(a)(1)(A), *without* prejudice to the specific Doe: 42.

Dated: October 26, 2012,

Respectfully submitted,

*/s/ Marvin Cable*
Marvin Cable, BBO#: 680968
Law Offices of Marvin Cable
P.O. Box 1630
Northampton, MA 01061
E: law@marvincable.com
P: (413) 268-6500
F: (888) 691-9850

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/s/ Marvin Cable*
Marvin Cable, Esq.